U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR - 5 2017

TONY R. MOORE, CLERK
BY: _____MB_____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| LAURIE COMEAUX AND STEVEN COMEAUX | * | CIVIL ACTION NO. 2:16-CV-01392 |
| v. | * | JUDGE DRELL |
| TONY MANCUSO ET AL. | * | MAGISTRATE JUDGE WHITEHURST |

*******************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 11) of the Magistrate Judge previously filed herein, after an independent review of the record, Objection to the Report and Recommendation filed by defendants Stephanie Boyd, Sharonda Francois, Charles Lavergne, and Tony Mancuso (Rec. Doc. 12), and Response to the Objection filed by the plaintiffs (Rec. Doc. 13), and a *de novo* determination of the issues, the court determines that the findings of the Report and Recommendation are correct under applicable law.

**IT IS THEREFORE ORDERED** that the Motion to Remand (Rec. Doc. 5) filed by the plaintiffs is **GRANTED**.

Alexandria, Louisiana, this __5__ day of April, 2017.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE